**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**
UNITED STATES COURTHOUSE
200 N.W. 4ᵀᴴ STREET, ROOM 5012
OKLAHOMA CITY, OKLAHOMA 73102

**TIM LEONARD**
DISTRICT JUDGE

(405) 609-5300
FAX: (405) 609-5313

May 19, 2004

**SELF INITIATED**
**AMENDMENT**

FINANCIAL DISCLOSURE OFFICE

2004 MAY 26 A 11: 34

RECEIVED

Committee on Financial Disclosure
Administrative Office of the United States Court
One Columbus Circle, N.E.
Washington, D. C. 20544

**Re: Self-Initiated Amendment to 2003 Financial Disclosure Report**

Dear Committee:

This letter serves as an amendment to my Financial Disclosure Report for 2003.

**Section VII:**

Lines 52 and 53 are the same asset that was bought and sold in that same year.

Lines 46, 49, 50, and 53 – Column C should have been left blank.

Sincerely,

Tim Leonard
United States District Judge

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

**Report Required by the Ethics in Government Act of 1978**
**(5 U.S.C. app. §§ 101-111)**

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Leonard, Tim D | U.S. District Court, Oklahoma | 5/10/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 5012 U.S. Courthouse  200 N.W. Fourth Street  Oklahoma City, OK 73102 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Attorney in Fact and Personal Representative | A See Sec. VIII |
| 2. | Attorney in Fact and Personal Representative | B See Sec. VIII |
| 3. | Adjunct Professor | University of Oklahoma School of Law |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1.  2003 | Oklahoma Public Employees Retirement | $13,740.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.  2003 | ▮▮▮▮▮▮▮ |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Leonard, Tim D | 5/10/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, Tim D | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Property # 1, Beaver Co, OK (1980 for $50,000) | C | Rent | K | R | | | | | |
| 2. Oil & Gas Royalty Interest, Beaver Co, OK | E | Royalty | K | W | | | | | |
| 3. Oil & Gas Working Interest, Beaver Co, OK Armagost Unit | E | Royalty | L | W | | | | | |
| 4. Oil & Gas Working Interest, Beaver Co, OK, Leonard # 1 | D | Royalty | L | W | | | | | |
| 5. Oil & Gas Working Interest, Beaver Co, OK, Barby # 1 | D | Royalty | L | W | | | | | |
| 6. Oil & Gas Royalty Interest, Meade Co, KS appraisal 3/18/97 | D | Royalty | K | Q | | | | | |
| 7. IRA Acct - Fidelity Growth & Income Mutual Funds | A | Dividend | K | T | | | | | |
| 8. OK Public Employees Retirement, Okla. City, OK | D | Dividend | K | W | | | | | |
| 9. Cash Value Life Insurance, Chattanooga, TN | A | Interest | K | T | | | | | |
| 10. Bank of Okla - Checking Acct, Okla. City, OK | A | Interest | J | T | | | | | |
| 11. Bank of Okla - Savings, Okla. City, OK | A | Interest | K | T | | | | | |
| 12. Bank of Okla - Checking Acct, Okla. City, OK | A | Interest | J | T | | | | | |
| 13. IRA Acct - CD - Bank of Beaver, OK | B | Interest | K | T | | | | | |
| 14. Vanguard 500 Index Mutual Funds | A | Dividend | K | T | | | | | |
| 15. Fidelity Mutual Funds - Growth & Income | A | Dividend | K | T | | | | | |
| 16. Citizens Index Mutual Funds | A | Dividend | J | T | | | | | |
| 17. Stillwater National Bank - CD, Stillwater, OK | A | Interest | J | T | | | | | |
| 18. Stillwater National Bank - Savings - Stillwater, OK | A | Interest | L | T | Open | 7/25 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | | C. | | | | If | from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (4) | (5) |
| | | | | | | | Ш | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | J | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | B | C | D | E |
|---|---|---|---|---|

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000

(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000

P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, Tim D | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Bank of Okla - CD, Okla. City, OK | D | Interest | M | T | | | | | |
| 38. First Security Bank - CD, Beaver, OK | D | Interest | M | T | | | | | |
| 39. New York Life Annuity Contract | A | Interest | M | T | | | | | |
| 40. ATTORNEY IN FACT and PERSONAL REP to B: | | | | | | | | | |
| 41. Bank of Okla - Checking Acct, Okla. City, OK | A | Interest | K | T | | | | | |
| 42. Bank of Okla - Checking Acct, Okla. City, OK | A | Interest | K | T | Open | 4/10 | K | | |
| 43. Bank of Okla - Money Market Okla. City, OK | A | Interest | M | T | | | | | |
| 44. Bank of Beaver - Checking Acct, Beaver, OK | A | Interest | L | T | | | | | |
| 45. First Security Bank - Checking Acct, Beaver, OK | A | Interest | J | T | | | | | |
| 46. Federal Home Loan | D | Interest | L | T | Redeemed | 1/15 | M | C | |
| 47. Fidelity Mutual Funds - Spartan 500 Index | A | Dividend | K | T | | | | | |
| 48. Fidelity Mutual Funds - Dividend Growth | A | Dividend | K | T | | | | | |
| 49. Bank of Okla - CD, Okla. City, OK | D | Interest | L | T | Redeemed | 8/24 | L | D | |
| 50. Bank of Okla - CD, Okla. City, OK | D | Interest | L | T | Redeemed | 8/24 | L | D | |
| 51. Bank of Okla - CD, Okla. City, OK | A | Interest | M | T | | | | | |
| 52. Bank of Okla - CD, Okla. City, OK | A | Interest | L | T | Buy | 3/5 | L | | |
| 53. Bank of Okla - CD, Okla. City, | A | Interest | L | T | Redeemed | 10/1 | M | A | |
| 54. Bank of Okla - CD, Okla. City, OK | D | Interest | L | T | Buy | 8/24 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Leonard, Tim D | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Bank of Beaver - CD, Beaver, OK | D | Interest | M | T | | | | | |
| 56. First Security Bank - CD, Beaver, OK | D | Interest | M | T | | | | | |
| 57. Property # 1, Okla County, OK | | None | M | Q | Assumed Mgmt | 3/6 | M | | See Sec. VIII |
| 58. Property # 2, Beaver County, OK | C | Rent | L | Q | Assumed Mgmt | 3/6 | M | | See Sec. VIII |
| 59. Oil & Gas Royalty Interest, Beaver Co, OK - Appraised 8/20/03 | E | Royalty | L | Q | Assumed Mgmt | 3/6 | L | | See Sec. VIII |
| 60. Mortgage Note # 1 | B | Interest | K | T | Assumed Mgmt | 3/6 | K | | See Sec. VIII |
| 61. Mortgage Note # 2 | B | Interest | K | T | Assumed Mgmt | 3/6 | K | | See Sec. VIII |
| 62. Mortgage Note # 3 | B | Interest | K | T | Assumed Mgmt | 3/6 | K | | See Sec. VIII |
| 63. Non-producing Royalty Interest, Brazoria Co, TX | | None | J | Q | Assumed Mgmt | 3/6 | J | | See Sec. VIII |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VII.A.22 ████ retirement account established in 2001, but unknown to me until this reporting period.

VII.A.24-38  As Attorney in Fact for "A", I manage the financial affairs. I receive no income or benefits.

VII.A.40-62  As Attorney in Fact for "B", I manage the financial affairs. I receive no income or benefits.

VII.A.57-63  I was appointed personal representative in the estate of "B" on 3/6/2003, and at that time I assumed management and control of these assets, as well as other assets listed in prior report under Attorney in Fact for "B".

VII.A.24-38  I was appointed personal representative in estate of "A" on 7/29/2003, and all assets listed in lines 24-38 were under my management and control as personal representative of the estate of "A" rather than Attorney in Fact for "A" from and after the appointment as personal representative..

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date _10 MAY 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544